**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JACOB D. GILLMORE, *Pro Se*<br><br>*Plaintiff*,<br><br>v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.<br><br>*Defendant.* | No. 1:26-cv-00065-SLS |

**[PROPOSED] ORDER GRANTING DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.'S MOTION TO DISMISS**

Upon consideration of Plaintiff's Complaint, Defendant's Motion to Dismiss, the accompanying briefing, and any opposition thereto, Defendant's Motion is GRANTED. It is hereby ORDERED that Plaintiff's Complaint is DISMISSED with prejudice.

So Ordered.

Date: _______, 2026

_____________________________
Honorable Sparkle L. Sooknanan
United States District Judge

Notice to:

John P. Mitchell (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
105 College Road East, Suite 300
Princeton, New Jersey 08542-0627
Tel: (609) 716-6586
Fax: (609) 799-7000
john.mitchell@faegredrinker.com

Anthony F. Jankoski (DC #90022125)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: +1 202 230 5000
Fax: +1 202 842 8465
anthony.jankoski@faegredrinker.com

*Attorneys for Defendant Financial Industry Regulatory Authority, Inc.*

Jacob D. Gillmore
2713 Mustang Drive
Oakdale, CA 95361
Tel: (916) 960-9377
jacobgillmore@gmail.com

*Plaintiff, Pro Se*