**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JACOB D. GILLMORE,

*Plaintiff*,

v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,

*Defendant*.

Civil Action No. 26-65 (SLS)
Judge Sparkle L. Sooknanan

# ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 15, the Court **GRANTS** the Defendant's Motion to Dismiss, ECF No. 7. The Court **ORDERS** that the Plaintiff's Complaint is dismissed. The Court directs the Clerk of Court to terminate this case from the active docket. This is an appealable final order.

**SO ORDERED.**

SPARKLE L. SOOKNANAN
United States District Judge

Date: November 12, 2026